# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**REGINALD S. CURTIS,**

        Petitioner,

        v.                                           Case No. 07-C-1122

**WILLIAM POLLARD**

        Respondent.

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]     **Decision by Court.** This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the petition is untimely and the respondent's motion to dismiss is **granted**.

        **IT IS FURTHER ORDERED** that the petition and this action is **DISMISSED**.

Jon W. Sanfilippo, Clerk of Court
EASTERN DISTRICT OF WISCONSIN

Date: April 14, 2008         (By) Deputy Clerk, s/C. Quinn

Approved this 14th day of April, 2008.

s/AARON E. GOODSTEIN
United States Magistrate Judge